DOROTHY M. WHEELER, Appellant, *v.* C. H. S. HOLDING
CORPORATION, Respondent.

(Argued March 18, 1936; decided April 15, 1936.)

Leo Fishel, Elvin N. Edwards and Martin H. Young for appellant.

A. S. Gilbert and Jerome E. Malino for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.